599 A.2d 157

IN THE MATTER OF MICHAEL H. GOTTESMAN, AN ATTORNEY AT LAW.

December 11, 1991.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that MICHAEL H. GOTTESMAN of AS-BURY PARK, who was admitted to the bar of this State in 1974, be publicly reprimanded for violation of *DR* 3–102 (dividing legal fees with a non-lawyer) and *DR* 3–101 (aiding the unauthorized practice of law), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary review are adopted and MICHAEL H. GOTTES-MAN is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.